IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Case No. 09-cv-02919-REB-BNB

ERIK BRASWELL, and
JOSH ALEXANDER,

Plaintiffs,

v.

POLARIS INDUSTRIES, INC.,

Defendant.

_____

**ORDER**
_____

Counsel for the parties appeared this morning for a scheduling conference. The proposed scheduling order was refused for the reasons stated on the record. Consistent with matters discussed at the scheduling conference:

IT IS ORDERED that a supplemental scheduling conference is set for **February 22, 2010, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Plaintiffs' counsel may appear at the supplemental conference by telephone by contacting the court at the appropriate date and time at 303-844-6408.

IT IS FURTHER ORDERED that the parties shall prepare a revised scheduling order, modified as discussed at the conference this morning, and submit it to the court on or before **February 15, 2010**

Dated February 4, 2010.

                                         BY THE COURT:

                                         s/ Boyd N. Boland
                                         United States Magistrate Judge