**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  09-cv-02919-REB-BNB

ERIK BRASWELL, and
JOSH ALEXANDER,

      Plaintiffs,

v.

POLARIS INDUSTRIES, INC.,

      Defendant.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

      The matter before me is the **Stipulation of Dismissal With Prejudice** [#31] filed

April 27, 2010.  After careful review of the stipulation and the file, I conclude that the

stipulation should be approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation of Dismissal With Prejudice** [#31] filed April 27, 2010,

is **APPROVED**;

      2.  That the Trial Preparation Conference set for February 18, 2011, is

**VACATED**;

      3.  That the jury trial set to commence March 7, 2011, is **VACATED**;

      4.  That any pending motion is **DENIED** as moot; and

5.  That this action is **DISMISSED WITH PREJUDICE**.

Dated April 27, 2010, at Denver, Colorado.

                                        **BY THE COURT:**

                                        Robert E. Blackburn
                                        United States District Judge